

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2020

No. 04-20-00581-CV

Juan Manuel **GONZALEZ** and G4S Secure Solutions (USA) Inc.,
Appellants

v.

Stephanie A**. ELIZONDO**, Individually and as Proposed Administrator of the Estate of Miguel
Costilla, Jr., Deceased.,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVF000756D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Interlocutory orders may be appealed only if a specific statute authorizes such an interlocutory appeal. *See* TEX. CIV. PRAC. & REM. CODE § 51.014 (listing interlocutory orders that are immediately appealable). When allowed by statute, appeals from interlocutory orders are accelerated. *See* TEX. R. APP. P. 28.1(a). In an accelerated appeal, the notice of appeal must be filed within twenty days after the order is signed. *See id*. 26.1(b).

On August 31, 2020, the trial court signed an order compelling an independent medical examination. On November 4, 2020, the trial court signed an order denying appellants' motion to reconsider the order compelling an independent medical examination. On December 1, 2020, appellants filed a notice of appeal, stating they are appealing the November 4, 2020 order. The order appellants attempt to appeal is interlocutory in nature.

Appellants' notice of appeal was not timely filed because it was not filed within twenty days after the order was signed. In addition, we are unaware of any statute authorizing an interlocutory appeal of an order denying a motion to reconsider an order compelling a medical examination. We, therefore, order appellants, on or before **January 15, 2021**, to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.



Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2020.

MICHAEL A. CRUZ, Clerk of Court

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2020.

/s/ Michael A. Cruz
MICHAEL A. CRUZ, Clerk of Court

ENTERED THIS 31ST DAY OF DECEMBER, 2020.